AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
Lana Ruel

*Defendant(s)*

Case No. 25-MJ-4593-DHH

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 2025 in the county of Plymouth in the District of Massachusetts, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 641 | Theft of government funds |

This criminal complaint is based on these facts:

See Affidavit of IRS-CI Special Agent John Antton

❐ Continued on the attached sheet.

John Anton

*Complainant's signature*

John Anton, Special Agent, IRS-CI

*Printed name and title*

Sworn to before me ~~and signed in my presence.~~ By telephone in accordance with Fed. R. Crim. P. 4.1.

Date: **Dec 10, 2025**

*Judge's signature*

City and state: Boston, Massachusetts

Hon. David H. Hennessy, U.S. Magistrate Judge

*Printed name and title*