# AFFIDAVIT

I, John Anton, state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been a Special Agent with Internal Revenue Service Criminal Investigation, United States Department of Treasury ("IRS-CI") since February 2024. I am currently assigned to IRS-CI's Boston Field Office. In that role, I investigate criminal violations of the Internal Revenue Code and related criminal statutes.

2. I earned a Bachelor of Science degree in finance and accounting management and a graduate certification in forensic accounting from Northeastern University. From February 2024 through August 2024, I attended the Federal Law Enforcement Training Center in Glynco, Georgia and received training in conducting financial investigations.

3. I submit this affidavit in support of an application for a criminal complaint charging LANA RUEL ("RUEL") with theft of government funds, in violation of 18 U.S.C. § 641, and a warrant for RUEL's arrest.

4. As detailed below, in or around May 2025, RUEL obtained a tax refund check that the U.S. Treasury had issued to Company A, a New York home health care company. RUEL deposited the check into a Massachusetts bank account that she fraudulently created in the name of Company A. RUEL thereby attempted to steal $931,745.28 from the U.S. Treasury.

### ***Probable Cause to Believe that A Federal Crime Was Committed***

5. Company A provides home health-care services and is based in Brooklyn, New York. Company A is only licensed to operate in New York.

6. M&T Bank is a national bank that has branches in Massachusetts.

7. RUEL is 70 years old and lives in Brockton, Massachusetts.

8. On or about March 25, 2025, RUEL used Company A's name to incorporate a Massachusetts business with the Massachusetts Secretary of State's Office. RUEL listed herself as the President, Treasurer, Secreaty, and Director. She listed the company address as Quincy, Massachusetts.

9. On or about April 11, 2025, RUEL opened a commercial deposit account at M&T Bank in the name of Company A (the "x8303 Account"). RUEL was the only signatory on the x8303 Account. She listed a company address in Quincy, Massachusetts.

10. Between the account opening on or about April 11, 2025 and approximately May 23, 2025, RUEL deposited approximately $2,200 into the x8303 Account. During this time, RUEL's largest purchase was roughly $39 at a grocery store.

11. On or about May 23, 2025, RUEL deposited a U.S. Treasury check numbered 54029397 into the x8303 Account. The check was payable to Company A at a Brooklyn, New York address in the amount of $931,745.28. An image of the front and back of that check appears below:


United States Treasury 15-51/000 B 514,146,495
Check No.
08 27 24 20091700 KANSAS CITY, MO 4045 54029397
000873556369 4045 54029397 I 20242251700000
Pay to the order of [redacted]
BROOKLYN NY 11235 3973
$**931745*28
VOID AFTER ONE YEAR
REAL CINCIN 06/2020 F-941 REF 01
96,469.66 INT 017 DAYS

ISN# 840201112788
Date 5/23/2025
WorkType:25 Batch#: 5
For Deposit only M&T Bank [redacted]

12. On the back of the check, RUEL appears to have signed her name.

13. On the front of the check, at the top right corner, the check number is listed: 54029397. The bottom of the check includes the following memo: "CINCIN 06/2020 F-941 REF." Based on my training and experience investigating tax fraud, I know that this memo refers to a refund check for a Form 941, which is an employer's quarterly federal tax filing, from the second quarter of 2020. Additionally, the top of the check lists "Kansas City, MO" which confirms that the IRS processed this check at its service center in Kansas City, Missouri.

14. I have reviewed U.S. Treasury records for check number 54029397. The U.S. Treasury issued this check to the actual Company A in Brooklyn, New York. This check was part of the Employee Retention Credit ("ERC"), a tax credit for certain eligible businesses that were affected during the COVID-19 pandemic.

15. In connection with this investigation, I spoke with the owner of Company A in New York. He explained that Company A submitted an ERC application and expected to receive six refund checks. The company only received five checks, however. It never received the check numbered 54029397 that RUEL deposited into the x8303 Account. The owner of Company A in New York explained that Company A does not operate outside of New York and that he does not know RUEL.

16. On or about May 27, 2025, M&T Bank rejected RUEL's deposit of U.S. Treasury check number 54029397 and debited the x8393 Account $931,745.28. The bank recouped the full amount of the deposited check.

17. On or about May 27, 2025, RUEL called M&T Bank on a recorded line. At the beginning of the call, RUEL provided her full name to the M&T Bank employee. RUEL told the employee that "she deposited a fairly large check into the bank on Friday and now [her] account

is on hold…" She explained that the "funds are in the account, but not available to use and so I need to figure out what I need to do to make that available to me." The M&T Bank employee told RUEL that M&T Bank was reviewing the account and RUEL could not access the account during this time. RUEL told the M&T Bank employee that RUEL could "explain what the check was, where it came from, and what it's for…"

18. On or about July 17, 2025, M&T Bank closed the x8303 Account.

19. On September 12, 2025, I interviewed RUEL about, among other things, Company A and U.S. Treasury check number 54029397. RUEL said that she opened Company A to provide home care consulting services and that she was the only person involved in the business. She said that a Eugene Wooten ("Wooten"), whom she met on an online dating site almost two years ago, mailed her the U.S. Treasury check addressed to Company A . She explained that the check came from Wooten's "stock and bond account" and that she intended to use the check to start the business.

20. Based on my review of the true Company A's bank records, my interview of Company A's actual owner, and my training and experience, there is probable cause to believe that RUEL lied during our interview. There is also probable cause to believe that RUEL does not operate a home care consulting business and that she intended to send the funds from check number 54029397 to "Wooten."

21. In addition to Company A, over the past two years, RUEL has created four additional companies in Massachusetts that also do not appear to have a legitimate business purpose. With respect to one of those companies, RUEL opened an account at approximately eight different banks. RUEL received wire transfers in the accounts and then wired the funds to different accounts or made cash withdrawals. The banks have closed all these accounts.

22. Accordingly, based on the information provided above, there is probable cause to believe that on or about May 23, 2025, RUEL stole or knowingly converted to her use and the use of another a voucher, money, or thing of value of the United States and of any department or agency thereof, specifically $931,745.28 from the U.S. Treasury, in violation of 18 U.S.C. § 641.

Sworn to under the pains and penalties of perjury,

John Anton
Special Agent
Internal Revenue Service
Criminal Investigation

Subscribed and sworn to before me telephonically pursuant to Rule 4.1(a) on **December 10, 2025.**

Hon. David H. Hennessy
United States Magistrate Judge

2:03 p.m.

-